10/19/2020 6:12 PM
20CV36897

IN THE CIRCUIT COURT OF OREGON

FOR MULTNOMAH COUNTY

| | |
|---|---|
| VICTORIA BORDELON, | Case No. |
| Plaintiff, | **COMPLAINT** – NEGLIGENCE and BREACH OF CONTRACT |
| v. | Claim for $750,000.00 |
| AIRGAS USA, LLC; and FRANK DOHERTY, an individual, | ORS 21.160(1)(c) |
| Defendants. | Not Subject to Mandatory Arbitration |
| | Jury Trial Requested |

COMES NOW Plaintiff, and for cause of action against Defendants, alleges as follows:

## JURISDICTION

1. This Court has jurisdiction over the parties and the subject matter pursuant to Rule 4 of the Oregon Rules of Civil Procedure.

## PARTIES

2. Plaintiff Victoria Bordelon (hereinafter referred to as "Plaintiff") is an individual residing in Portland, Oregon.

3. Defendant Frank Doherty (hereinafter referred to as "Defendant Doherty") is an individual residing in Vancouver, Washington.

COMPLAINT - 1

ROBERT LE, ATTORNEY, P.C.
1235 SE Morrison St., 2nd Floor
Portland, Oregon 97214
Tel: (503)734-2099 Fax: (888) 527-9501
rl@robertlelaw.com

EXHIBIT 1
Page 1 of 7

4. Defendant AirGas USA, LLC (hereinafter referred to as "Defendant AirGas") is a Pennsylvania corporation regularly doing business in the State of Oregon.

5. At all material times, Defendant Doherty was an employee of Defendant AirGas and was acting within the course and scope of said employment.

## FIRST CLAIM FOR RELIEF

**(Negligence – Personal Injury – As against Defendants Doherty and AirGas)**

6. Plaintiff re-alleges and reincorporates by reference herein paragraphs 1-5.

7. On or about October 22, 2018, Plaintiff was lawfully traveling on Interstate 5 traveling northbound toward Highway 84 in Portland, Oregon.

8. At or about the same time and place, Defendant Doherty, the authorized driver of an AirGas semi-truck, failed to stop his semi-truck and crashed into the rear end of Plaintiff's vehicle, proceeding to side swipe her vehicle as he exited the freeway (hereinafter referred to as "Collision"). The semi-truck was carrying Carbon Dioxide. Multiple vehicles were involved in the incident. The force of the crash was so great that a HazMat team was called to the scene.

9. Police reports note "Fatigue/Drowsy" as a driver factor pertaining to Defendant Doherty.

10. Defendant AirGas was the owner of the semi-truck Defendant Doherty was driving. Defendant Doherty was an employee of Defendant AirGas at the time of the crash. As such, Defendant AirGas is responsible for Defendant Doherty's negligence pursuant to the doctrine of respondeat superior.

11. The cause of the Collision was the negligence of Defendant Doherty in one or more of the following particulars:

   (a) In failing to stop in time to avoid colliding with Plaintiff's vehicle;

   (b) In failing to maintain proper control of his vehicle;

   (c) In failing to maintain a proper lookout while driving;

COMPLAINT - 2

ROBERT LE, ATTORNEY, P.C.
1235 SE Morrison St., 2nd Floor
Portland, Oregon 97214
Tel: (503)734-2099 Fax: (888) 527-9501
rl@robertlelaw.com

EXHIBIT 1
Page 2 of 7

1        (d)      In operating his vehicle at an unreasonable speed given the circumstances
2  then and there existing; and

3        (e)      In operating his vehicle while drowsy and/or fatigued.

4      12.    Defendant Doherty's conduct created a foreseeable risk of harm to Plaintiff.

5      13.    As a proximate result of Defendants' negligence, Plaintiff suffered injuries to her muscles, tendons, bones, and soft tissue of her left shoulder, left shoulder labral tear, back, neck, left knee, right leg, including strains, sprains; and concussion, severe headaches, dizziness, dazed, and nervousness, all of which injuries, and the consequences of them, are or may be permanent. The Collision and the resulting injuries have caused Plaintiff to suffer pain, inconvenience and interference with Plaintiff's normal and usual activities all to her non-economic damage in an amount which the jury determines is reasonable, but not to exceed $400,000.00.

    14.    As a further proximate result of Defendants' negligence, Plaintiff suffered economic damages in the form of: medical bills and costs in an amount to be determined at trial but not to exceed $150,000.00; and future medical expenses in an amount to be proven at trial but not to exceed $200,000.00. These costs are continuing, and will be interlineated at the time of trial.

    WHEREFORE, Plaintiff prays for judgment against Defendants as follows:

a.    For her noneconomic damages in an amount which the jury determines to be reasonable but not to exceed $400,000.00;

b.    For her economic damages in an amount to be determined at trial but not exceed the amount of $150,000 and future medical expenses in an amount to be determined at trial but not to exceed the amount of $200,000.00;

c.    For her costs and disbursements incurred herein; and

// // //

COMPLAINT - 3

ROBERT LE, ATTORNEY, P.C.
1235 SE Morrison St., 2nd Floor
Portland, Oregon 97214
Tel: (503)734-2099 Fax: (888) 527-9501
rl@robertlelaw.com

EXHIBIT 1
Page 3 of 7

1      d.    For such other and further relief as the Court deems just and equitable.

2  Dated this 19th day of October, 2020.

4                                                          ROBERT LE, ATTORNEY, P.C.

6                                                /s/Robert Le
                                             Robert Le, OSB No. 094167
                                             Of Attorneys for Plaintiff
                                             rl@robertlelaw.com
                                             Trial Attorney: Robert Le

COMPLAINT - 4

ROBERT LE, ATTORNEY, P.C.
1235 SE Morrison St., 2nd Floor
Portland, Oregon 97214
Tel: (503)734-2099 Fax: (888) 527-9501
rl@robertlelaw.com

EXHIBIT 1
Page 4 of 7

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

VICTORIA BORDELON,

        Plaintiff,

vs.

AIRGAS USA, LLC; and FRANK DOHERTY, an individual,

        Defendant.

Case No. **20CV36897**

CERTIFICATE OF SERVICE

STATE OF OREGON  
County of Multnomah    ss.

I, Michael Wirth, hereby certify that I am a competent person 18 years of age or older, a resident of the State of Oregon and that I am not a party to nor an attorney for any party in the within named action; that I made service of a true copy of:

*Summons and Complaint; Plaintiff's First Request for Production of Documents*

CORPORATE SERVICE - Pursuant to ORCP 7D(3):

Upon **AIRGAS USA, LLC**, by personal service upon ROSE GREEN, the clerk on duty in the office of the registered agent, CT Corporation System, 780 Commercial St SE, Suite 100, Salem, OR 97301 on October 23, 2020 at 10:10 AM.

I declare under the penalty of perjury that the above statement is true and correct.

Dated this 29 day of October, 2020.

X _/s/ Michael Wirth_  
Michael Wirth  
Nationwide Process Service, Inc.  
1201 S.W. 12th Avenue, Suite 300  
Portland, OR 97205  
503-241-0636

*352529*

EXHIBIT 1  
Page 5 of 7

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

VICTORIA BORDELON,

        Plaintiff,

vs.

AIRGAS USA, LLC; and FRANK DOHERTY, an individual,

        Defendant.

Case No. **20CV36897**

CERTIFICATE OF SERVICE

STATE OF OREGON
County of Multnomah    ss.

I, Michael Wirth, hereby certify that I am a competent person 18 years of age or older, a resident of the State of Oregon and that I am not a party to nor an attorney for any party in the within named action; that I made service of a true copy of:

*Summons and Complaint; Plaintiff's First Request for Production of Documents*

CORPORATE SERVICE - Pursuant to ORCP 7D(3):

Upon **AIRGAS USA, LLC**, by personal service upon ROSE GREEN, the clerk on duty in the office of the registered agent, CT Corporation System, 780 Commercial St SE, Suite 100, Salem, OR 97301 on October 23, 2020 at 10:10 AM.

I declare under the penalty of perjury that the above statement is true and correct.

Dated this 29 day of October, 2020.

X_____
Michael Wirth
Nationwide Process Service, Inc.
1201 S.W. 12th Avenue, Suite 300
Portland, OR 97205
503-241-0636

*352529*

EXHIBIT 1
Page 6 of 7

10/20/2020 2:37 PM
20CV36897

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

| | |
|---|---|
| VICTORIA BORDELON,<br><br>    Plaintiff,<br><br>    v.<br><br>AIRGAS USA, LLC; and FRANK DOHERTY, an individual,<br><br>    Defendants. | Case No.: 20CV36897<br><br>SUMMONS |

TO:    AirGas USA, LLC:

    YOU ARE HEREBY REQUIRED to appear and defend the complaint filed against you in the above-entitled cause within thirty (30) days from the date of service of this summons on you, and in case of your failure to do so, for want thereof, Plaintiff will apply to the court for relief demanded in the complaint.

NOTICE TO DEFENDANT:
READ THESE PAPERS CAREFULLY!
You must "appear" in this case or the other side will win automatically. To "appear" you must file with the court a legal document called a "motion" or "answer." The "motion" or "answer" must be given to the court clerk or administrator within 30 days along with the required filing fee. It must be in proper form and have proof of service on the plaintiff's attorney or, if the plaintiff does not have an attorney, proof of service on the plaintiff. If you have questions, you should see an attorney immediately. If you need help in finding an attorney, you may contact the Oregon State Bar's Lawyer Referral Service online at **http://www.oregonstatebar.org** or by calling (503) 684-3763 (in the Portland metropolitan area) or toll-free elsewhere in Oregon at (800) 452-7636.

_____
Signature of Attorney for Plaintiff

| | |
|---|---|
| Robert Le | OSB # 094167 |
| Attorney's name typed | Bar No. |

1235 SE Morrison St., 2nd Floor
Address

| | | | |
|---|---|---|---|
| Portland | OR | 97214 | (503) 734-2099 |
| City | ST | Zip | Phone |

_____
Trial Attorney (if other than above)

TO THE OFFICER OR OTHER PERSON SERVING THIS SUMMONS: You are hereby directed to serve a true copy of this summons, together with a true copy of the complaint mentioned therein, on individual, and to make your proof of service on the reverse hereof or on a separate similar document that you shall attach hereto.

_____
Attorney for Plaintiff

SUMMONS - 1

ROBERT LE, ATTORNEY P.C.
1235 SE Morrison St., 2nd Floor
Portland, Oregon 97214
Tel: (503) 734-2099 Fax: (888) 527-9501
rl@robertlelaw.com

EXHIBIT 1
Page 7 of 7